UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                 CIVIL ACTION NO.: 18-13185

GEORGE E. CANNON JR.                          HONORABLE: Judith Levy
        Defendant,

and

**MICHIGAN DEPARTMENT OF TREASURY**

        Garnishee.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2019, I mailed the following documents to:

| Served upon: | Documents served: | Method of service: |
|---|---|---|
| GEORGE E. CANNON JR.<br>6737 N. Wayne Rd. Apt 111<br>Westland , MI 48185 | Application for Writ of Garnishment<br>Clerk's Notice of Garnishment<br>Writ of Continuing Garnishment<br>Request for Hearing forms | First Class Mail |
| Michigan Department of Treasury<br>Third Party Withholding Unit<br>P.O. Box 30785<br>Lansing, Michigan 48909 | Application for Writ of Garnishment<br>Writ of Continuing Garnishment<br>Answer of Garnishee form | Certified Mail |

        By:    */s/ Craig S. Schoenherr, Sr._____*
                CRAIG S. SCHOENHERR, SR. (P32245)
                Attorney for the United States
                O'Reilly Rancilio PC
                12900 Hall Rd Ste 350
                Sterling Heights, MI  48313
                Phone: (586) 726-1000
                cschoenherr@orlaw.com